FILED
2026 Sep-24 AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:25-cr-570-AMM-SGC** |
| | } | |
| **LOUIS WILLIAMS,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

This case is before the court on defendant Louis Williams's Motion to Suppress. Doc. 18. Mr. Williams argues that the court should "suppress all evidence obtained as a result of the search of the vehicle he was driving on April 16, 2025" because "[l]aw enforcement lacked reasonable suspicion to stop Mr. Williams' vehicle . . . ." *Id*. at 1. The government filed a response in opposition to the motion to suppress, arguing that "law enforcement had sufficient facts to reasonably suspect that Mr. Williams was driving with a revoked license and possessed marijuana." Doc. 20 at 1.

The magistrate judge conducted a suppression hearing on March 17, 2026. Doc. 26. On August 28, 2026, the magistrate judge entered a report recommending that the court deny the motion to suppress. Doc. 32. The magistrate judge found the following facts:

At 10:02 a.m. on April 26, 2025, a red Dodge Dakota pickup passed Officer Hill, headed west on U.S. 280. Doc. 32 ¶¶ 2 – 5. Officer Hill testified he was able to discern the pickup's license plate number and that the driver was a Black male. *Id*. ¶ 5. Officer Hill began following the vehicle while running the license plate number through the Alabama Law Enforcement Tactical System ("LETS") via the laptop computer in the cruiser. *Id*. ¶ 6. LETS revealed that the vehicle's registered owner was female but that defendant Williams had been cited twice in the previous eight months for driving the same pickup without a license. *Id*. ¶ 7. LETS also indicated Wiliams had multiple outstanding arrest warrants. *Id*. Officer Hill initiated the traffic stop, which revealed that Williams was driving the pickup with a revoked license. *Id*. ¶ 11. A search of the vehicle revealed marijuana, as well as methamphetamine, cocaine, fentanyl, and a shotgun. *Id*.

The magistrate judge concluded that, based on the information he discovered in LETS, Officer Hill had reasonable suspicion that the pickup was being driven by an unlicensed driver. Doc. 32 at 8.[1] She thus recommended that the motion to suppress be denied. *Id*. Mr. Williams filed objections to the report and recommendation. Doc. 33.

[1] Because of this finding, the magistrate judge found it unnecessary to address the alternative basis for reasonable suspicion, *i.e*., that the smell of marijuana was emanating from the pickup. Doc. 32 at 8.

Having carefully reviewed and considered de novo all the materials in the record, including the report and recommendation and the objection, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Doc. 32. Thus, the court **DENIES** Mr. Williams's Motion to Suppress. Doc. 18.

**DONE** and **ORDERED** this 24th day of September, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE